*Friday, November 9, 2001*

# MERIT DOCKET

**01–1931. State ex rel. Harson Invest. v. Montgomery Cty. Bd. of Elections.**
Montgomery App. No. 19015. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon the passage of the November 6, 2001 election,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is dismissed based on mootness.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1940. State ex rel. Bartone v. Montgomery Cty. Bd. of Elections.**
Montgomery App. No. 19055. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon the passage of the November 6, 2001 election,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is dismissed based on mootness.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1951. State ex rel. Emswiler v. Licking Cty. Bd. of Elections.**
Licking App. No. 01CA98. This cause is pending before the court as an appeal from the Court of Appeals for Licking County. Upon the passage of the November 6, 2001 election,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is dismissed based on mootness.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

*Wednesday, November 14, 2001*

# MOTION DOCKET

**01–1613. SCIT, Inc. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 97–E–675. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion for extension of time to file appellant's merit brief in this case pending settlement pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before January 13, 2002.

**01–1634. State ex rel. Capitol Mfg., Div. of Harsco Corp. v. Johnson.**
Franklin App. No. 00AP–1100. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint motion for extension of time to file appellant's merit brief in this case pending settlement pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before January 18, 2002.